UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 06-cr-00063-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. LINDETTA BREWER

    Defendant.

---

## ORDER

---

    This matter is before the Court upon a review of the file. To ensure that all pretrial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **Friday, April 7, 2006** and responses to these motions shall be filed by **Tuesday, April 18, 2006**. It is

    FURTHER ORDERED that a hearing on all pending motions and final trial preparation conference is set for **Monday, April 24, 2006 at 4:00 p.m.** It is

    FURTHER ORDERED that a three-day jury trial is set to commence **Monday, May 1, 2006, at 9:00 a.m.**

    Dated: March 10, 2006

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      U. S. District Judge