IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Action No. 06-cr-00063-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  LINDETTA BREWER,

    Defendant.

---

## ORDER

---

THIS MATTER comes before the Court on the Government's Motion to Disclose Grand Jury Material, pursuant to Fed. R. Crim. P. 6(e)(3)(E)(i) filed March 15, 2006. The Court, having reviewed the motion and being otherwise advised in the premises, finds that good and sufficient cause supports the same. It is therefore

ORDERED that the Government's motion is **GRANTED**, and that Grand Jury testimony and Grand Jury exhibits may be disclosed to the Defendant and Defendant's attorney in the course of discovery in this case. It is further

ORDERED that such materials shall only be used in defending this case; that such materials shall be disclosed only to the Defendant and counsel for the Defendant; that the Defendant's attorney shall maintain custody of such materials, and shall not reproduce or disseminate the same; and that such materials shall be returned to the United States at the end of the case.

Dated: March 16, 2006

                                        BY THE COURT:

                                        <u>s/ Wiley Y. Daniel</u>
                                        Wiley Y. Daniel
                                        U. S. District Judge