UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  06-cr-00063-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. LINDETTA BREWER

    Defendant.

---

## ORDER

---

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    A Notice of Disposition was filed in the above matter on April 17, 2006.  A Change of Plea hearing is set for **Wednesday, May 31, 2006, at 4:00 p.m.  Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 48 HOURS before the hearing date.**  If the documents are not timely submitted, the hearing will be vacated.  There will be no exceptions to this policy.

    The hearing on pending motions and final trial preparation conference set for April 24, 2006 at 4:00 p.m. and the three-day jury trial set to commence May 1, 2006, are **VACATED**.

    Dated:  April 17, 2006

                                        s\ Sharon Shahidi
                                        Law Clerk to
                                        Wiley Y. Daniel