IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Action No. 06-cr-00063-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  LINDETTA BREWER,

    Defendant.

---

**ORDER TO DISMISS**

---

    Upon consideration of the Government's Motion to Dismiss, and for good cause shown, it is hereby

    ORDERED that other than Count 1 as to which the Defendant has pled guilty and been sentenced, all remaining counts in the Indictment be dismissed as to the Defendant.

    Dated:  October 11, 2006

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel
                                    Wiley Y. Daniel
                                    U. S. District Judge