# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 06-cr-00063-WYD-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

LINDETTA BREWER,

        Defendant.

## ORDER TO VACATE VIOLATION HEARING

This matter comes before the Court upon report of the Probation Officer concerning vacating the defendant's violation hearing which is scheduled for August 8, 2007, at 4:00 p.m., it is

ORDERED that the violation hearing scheduled for August 8, 2007, at 4:00 p.m., is vacated and the petition dated March 23, 2007, is withdrawn.

DATED at Denver, Colorado, this 2nd day of August, 2007.

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
United States District Judge